# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
**Eastern Division**


## JUDGMENT IN A CIVIL CASE


MARCHELLO CHANTEZ MOORE,
Plaintiff(s),

CASE NUMBER: 1:15-cv-2555-JDT-cgc

v.

ANTONIO TREVIONO GRAY, ET AL.,
Defendant(s).

---

MARCHELLO CHANTEZ MOORE,
Plaintiff(s),

v.                                                      CASE NUMBER: 1:15-CV-2556-JDT-cgc

SHEILA ALFORD, ET AL.,

---

MARCHELLO CHANTEZ MOORE,
Plaintiff(s),

v.                                                      CASE NUMBER 1:15-CV-2557-JDT-cgc

DARRIN HOLLINS, ET AL.,

---

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on May 31, 2016, the above actions are **consolidated**; the orders assessing filing fee in case numbers 15-2556 and 15-2557 are **set aside**. Further, the Court **DISMISSES** the complaint for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C §§1915 (e)(2)(B)(ii)-(iii) and 1915A(b)(1)-(2). It is further **CERTIFIED**, pursuant to 28 U.S.C §1915(a)(3) and Federal Rules of Appellate Procedure 24(a), that any appeal in this matter by Plaintiff would not be in taken in good faith. Plaintiff is instructed that if he wished to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in *McGore* and §1915(a)(2) by filing an updated *in forma pauperis* affidavit and a current, certified copy of his inmate trust account for the six months immediately

preceding the filing of the notice of appeal.  For analysis under 28 U.S.C. §1915(g) of future filings, if any, by plaintiff, this is the first dismissal of one of his cases as frivolous or for failure to state a claim.  Because Moore stated these cases were not intended to be filed separately, the Court will access only one strike instead of three separate strikes.


**APPROVED:**

                                                    **s/James D. Todd**
                                                    **JAMES D. TODD**
                                                    **U. S. DISTRICT JUDGE**


**THOMAS M. GOULD**
**CLERK**

**BY: s/Sonya Pettigrew**
**DEPUTY CLERK**